# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2009

Marilyn Kelly,
Chief Justice

139039

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PAUL BLANTON,
            Petitioner-Appellant,

v

SC: 139039
COA: 289597
Ingham CC: 07-001133-AA

DEPARTMENT OF CORRECTIONS,
            Respondent-Appellee.

_____/

On order of the Court, the application for leave to appeal the March 18, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2009

_____
Clerk

11019